IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

IN RE:  CASE NO. 17-15203

Chad A. Humberston
*fka* Chad A. Bero,
Shannon L. Humberston  CHAPTER 13
*fka* Shannon L. Wise
*aka* Shannon Musgrave Wise

Debtors  JUDGE Arthur I. Harris

**STATUS REPORT CONERNING AMENDED OBJECTION TO CHAPTER 13 PLAN**

AmeriCredit Financial Services, Inc. dba GM Financial ('Creditor'), by and through their undersigned counsel, hereby reports that the aforementioned matter has been settled, and that the parties are in the process of preparing an Agreed Order for the Court's consideration.

Respectfully Submitted,

 /s/ D. Anthony Sottile
D. Anthony Sottile (0075101)
Jon Lieberman (0058394)
Sottile and Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: (513) 444-4100
bankruptcy@sottileandbarile.com

## CERTIFICATE OF SERVICE

I certify that on January 4, 2018, a true and correct copy of this Status Report was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

>Robert J. Delchin
>Biales Delchin Law LLC
>7215 Center Street
>Mentor, OH 44060
>rdelchin@rcbiales.com
>Debtors' Counsel

>Lauren A. Helbling
>200 Public Square
>#3860
>Cleveland, OH 44114-2321
>ch13trustee@ch13cleve.com
>Chapter 13 Trustee

>United States Trustee
>201 Superior Avenue East, Suite 441
>Cleveland, OH 44114
>(registeredaddress)@usdoj.gov
>Office of the U.S. Trustee

And by regular U.S. Mail, postage pre-paid on:

>Chad A. Humberston
>1462 Chapman Avenue
>Madison, OH 44057

>Shannon L. Humberston
>1462 Chapman Avenue
>Madison, OH 44057

>/s/ D. Anthony Sottile
>D. Anthony Sottile (0075101)
>Jon Lieberman (0058394)