# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Case No. 17-15203 |
| ) | | |
| Chad A. Humberston ) | | Chapter 13 |
| Shannon L. Humberston ) | | |
| ) | | |
| Debtors. ) | | Judge Arthur I. Harris |

## MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. §1307(b)

Now come the debtors, by and through counsel, and move this Court for an order dismissing their Chapter 13 case. In support of this motion, the debtors state:

1. This Chapter 13 case has not been converted to a Chapter 13 case from another chapter of the Bankruptcy Code.

2. Due to an anticipated drop in the husband's income, the debtors are not able to comply with the terms of the plan.

3. Under §1307(b) of the Bankruptcy Code, the debtors are entitled to have this Chapter 13 case dismissed at any time, and the debtors, by this motion, respectfully request that such case be dismissed, wage order released, and the estate closed as soon as possible.

**WHEREFORE,** the debtors move this Court for an order dismissing the case, releasing the wage order, and closing the estate as soon as possible.

Approved:                                                                       Respectfully submitted

/s/Chad A. Humberston                              /s/Robert J. Delchin
Chad A. Humberston                                   Robert J. Delchin 0073821
                                                                      Biales Delchin Law LLC
                                                                      7215 Center Street
/s/Shannon L. Humberston                        Mentor, OH 44060
Shannon L. Humberston                             Phone: (440) 266-1700
                                                                      Fax:     (440) 266-0006
                                                                      E-Mail: rdelchin@rcbiales.com

10/23/2018
Dated:

CERTIFICATE OF SERVICE

I certify that on October 23, 2018, a true and correct copy of Debtors' Motion to Dismiss Case Pursuant to 11 U.S.C. §1307(b) was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Stephen R. Franks on behalf of Creditor JPMorgan Chase Bank NA
amps@manleydeas.com

Lauren A Helbling
ch13trustee@ch13cleve.com, lhelbling13@ecf.epiqsystems.com

D. Anthony Sottile on behalf of Creditor AmeriCredit Financial Services, Inc. dba GM Financial
bankruptcy@sottileandbarile.com

And by regular U.S. mail, postage prepaid, on

Chad A. Humberston
Shannon L. Humberston
1462 Chapman Avenue
Madison, OH 44052

All creditors pursuant to the attached mailing matrix

/s/ Robert J. Delchin
Robert J. Delchin (0073821)
Biales Delchin Law LLC
7215 Center Street
Mentor, Ohio 44060
(440) 266-1700
(440) 266-0006 fax
rdelchin@rcbiales.com

| | | |
|---|---|---|
| Account Resolution Services<br>1643 North Harrison Pkwy<br>Building H<br>Suite 100<br>Sunrise, FL 33323 | Ameripath<br>PO Box 740975<br>Cincinnati, OH 45274 | Anthesia Associates<br>c/o Keybridge Medical<br>2244 Baton Rogue<br>PO Box 1568<br>Lima, OH 45805 |
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130 | Cavalry Portfolio Service<br>500 Summit Lake Dr.<br>Valhalla, NY 10595 | Chase<br>PO Box 78420<br>Phoenix, AZ 85062 |
| Chase<br>10790 Rancho Bernaro<br>San Diego, CA 92127 | Convergent Outsourcing Inc<br>PO Box 9004<br>Renton, WA 98057 | Danielle Sims<br>13512 Blamer Road<br>Johnstown, OH 43031 |
| Direct TV<br>PO Box 78626<br>Phoenix, AZ 85062-8626 | Drs Hill & Thomas<br>25001 Emery Road<br>Suite 100<br>Cleveland, OH 44128-5627 | Drs Hill and Chapnick<br>30701 Lorian Rd Ste A<br>North Olmsted, OH 44070 |
| Emergency Prof Services, Inc<br>PO Box 740021<br>Cincinnati, OH 45274 | Fed Loan Servicing<br>PO Box 60610<br>Harrisburg, PA 17106 | First Federal Control<br>2470 Chagrin Blvd<br>Suite 205<br>Beachwood, OH 44122-5630 |
| French Chiropractic<br>6166 N. Ridge Rd.<br>Madison, OH 44057 | Gilbert Thomas DDS<br>c/o Credit Adjustments<br>330 Florence Street<br>Defiance, OH 43512 | GM Financial<br>PO Box 181145<br>Arlington, TX 76096 |
| Grace Recovery Services<br>8346 Tyler Blvd.<br>Mentor, OH 44060 | HSBC<br>PO Box 15524<br>Wilmington, DE 19850 | Innovative Health Services<br>8252 Darrow Rd. Suite H<br>Twinsburg, OH 44087 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Internal Revenue Service<br>Insolvency Group 6<br>1240 East Ninth Street, Room 493<br>Cleveland, OH 44199 | Jared Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333 |
| Kohl's<br>PO Box 3115<br>Milwaukee, WI 53201 | Licking Counrty CSEA<br>65 E Main Street #1<br>Newark, OH 43055 | MRS BPO<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003 |
| National Credit Adjusters<br>327 W 4th Ave<br>Hutchinson, KS 67501 | Nationwide Children's Hospital<br>c/o Rossman & Co<br>PO Box 2051<br>New Albany, OH 43054 | Navient<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |

NTD Labs
PO Box 504543
Saint Louis, MO 63150

Ohio Homeowners Assistance LLC
88 East Broad Street
Suite 1800
Columbus, OH 43215

PCB
6500 New Albany Road
Suite 200
New Albany, OH 43054

Pinnacle LLC
c/o Resurgent Capital Services
55 Beatte Place
Suite 110
Aiken, SC 29801

Rumke
3131 E Royalton Road
Broadview Heights, OH 44147

Sprint
PO Box 740602
Cincinnati, OH 45274

Sterling Jewelers
c/o CKS Financial
505 Independence Pkwy
Suite 300
Chesapeake, VA 23320

Tamerah Wise
2649 Burlingham Drive
Ashtabula, OH 44004

Time Warner
PO Box 118288
Carrollton, TX 75011

Verizon
PO Box 28000
Lehigh Valley, PA 18002

Verizon
PO Box 790406
Saint Louis, MO 63179